

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2020

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on June 13, 2019. On March 10, 2020, after several volumes of the record were filed, this court was informed that Ms. Gay Richey is responsible for preparing the final outstanding volumes (volumes 11, 14, 16, & 19). After this court issued multiple orders requiring Ms. Richey to file the outstanding volumes of the reporter's record, Ms. Richey has now filed a notice of late record stating the reporter's record was not filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Ms. Richey is ordered to file the outstanding volumes of the reporter's record within twenty (20) days of the date appellant files written proof of payment or of arrangements to make payment.

**If the record is not received by such date, an order may be issued directing Ms. Richey to appear before this court in person and show cause why she should not be held in contempt for failing to file the record.** The clerk of this court shall cause a copy of this order to be served on Ms. Richey by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the

clerk of the court is directed to serve a copy of this order on the Honorable Jose A. Lopez, Judge of the 49th Judicial District Court.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court